# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 133 MM 2014 |
| Respondent | : |
| v. | : |
| PAUL MICHAEL HARTON, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of October, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. <u>See</u> Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file the Petition for Allowance of Appeal within 5 days of this order.